2 A.3d 474

**JPMORGAN CHASE BANK N.A. as Trustee for the Registered Holders of ABFS Mortgage Pass–Through Certificates Series 2002–4**

v.

**JOON H. WHANG and Youn O. Whang.**

Petition of Youn O. Whang.

No. 74 EM 2010.

Supreme Court of Pennsylvania.

Aug. 12, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of August, 2010, the Application for Relief Pursuant to Pa.R.A.P. 123 is **DENIED.**